**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

| | |
|---|---|
| TROY RODDY,<br>ADC # 103051 | PLAINTIFF |
| v.     No. 2:11CV00004 JLH-JJV | |
| WALTER HOLLOWAY, Health Services<br>Administrator/Infirmary Manager, East<br>Arkansas Regional Unit, Arkansas<br>Department of Correction; *et al.* | DEFENDANTS |

**JUDGMENT**

Pursuant to the Order entered separately today, plaintiff's claims against United States Magistrate Judge J. Thomas Ray are dismissed with prejudice. Plaintiff's other claims are dismissed without prejudice pursuant to the three-strikes rule set forth in 28 U.S.C. § 1915(g). Provided, however, if plaintiff wishes to pursue this case, he may, within thirty (30) days of the entry of this Order, submit the entire filing fee of $350 and file a motion to reopen the case.

IT IS SO ORDERED this 1st day of April, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE